■ In the Matter of EVELYN B., a Child Alleged to be Neglected. CLINTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MELINDA E., Appellant. [822 NYS2d 472]—Mugglin, J. Appeal from an order of the Family Court of Clinton County (Lawliss, J.), entered November 25, 2005, which, inter alia, granted petitioner's application, in a proceeding pursuant to Family Ct Act article 10, to extend the placement of respondent's child.

Family Court's previous order of derivative neglect of respondent's child was affirmed by this Court (*Matter of Evelyn B.*, 30 AD3d 913 [2006]). Respondent's current appeal is from Family Court's subsequent order extending the foster care placement of the child. As that order expired May 10, 2006, this appeal is moot (*see Matter of Jolyssa EE.*, 28 AD3d 824, 825 [2006]; *Matter of Senator NN.*, 21 AD3d 1187, 1188 [2005]; *Matter of Marcel S.*, 15 AD3d 808, 809 [2005]).

Peters, J.P., Spain, Rose and Lahtinen, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.